UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00088 |
| ) | JUDGE SHARP |
| LARRY MURPHY ) | |
| ) | |

### O R D E R

A hearing on a plea of guilty for Defendant Murphy is hereby scheduled for Tuesday, November 6, 2012 at 9:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE